**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Joseph Bradley Cockrell
Attorney at Law
412 W. University Ave. #206
Lafayette, LA LA 70506

**REHEARING ACTION: July 25, 2018**

**Docket Number: 18 00258-KW**

**STATE OF LOUISIANA**
**VERSUS**
**JACOB RYAN PAGE**

**Writ Application from Lafayette City Court Parish Case No. DT 2017-237, CT 2017-8381, CT 2017-8380**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Elizabeth A. Pickett**
   **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jacob Ryan Page** has this day been

   **DENIED.**

cc: Amanda Liotto-Rogers, Counsel for the Respondent